```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0241--CV (JWS)
                         "USA V SOA"

         Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 10/07/05
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (870) Tax Suits
                   ENFORCE IRS SUMMONS
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1        UNITED STATES OF AMERICA          Timothy M. Burgess
                                                 U.S. Attorney's Office
                                                 222 W. 7th Avenue, #9
                                                 Anchorage, AK 99513-7567
                                                 907-271-5071

                                                 John B. Snyder, III
                                                 U.S. Dept of Justice
                                                 P.O. Box 683
                                                 Ben Franklin Station
                                                 Washington, DC 20044-0683
                                                 202-307-6548

DEF 1.1        ALASKA, STATE OF                  No counsel found for this party!

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A05-0241--CV (JWS)
                         "USA V SOA"
```

For all filing dates

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/07/05
             Closed: NO

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (870) Tax Suits
                     ENFORCE IRS SUMMONS
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 10/07/05 | Issued: summons re: N. Gordon Chief(Anch Atty Gen Office) & David W.Marquez. |
| 1 - 1 | 10/07/05 | Petition to enforce IRS summons w/att memo, declarations, & exhs. |