DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)
(907) 258-4978 (Fax)

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF LABOR – UI SUPPORT, )<br>)<br>Respondent. )<br>_____) | Civil No. A05-241 CV (JWS) |

**ENTRY OF APPEARANCE**

Please take notice that Toby N. Steinberger, Assistant Attorney General, enters her appearance on behalf of the State of Alaska, Department of Labor and Workforce Development, Employment Security Division – Unemployment Support, and requests that all notices and pleadings in the above-captioned case be sent to her attention at the below address.

DATED: 1/20/2006

  /s/    Toby N. Steinberger
DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)
(907) 258-4978 (Fax)
**LSA_ECF@law.state.ak.us**
Alaska Bar No. 8502011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2006, a true and correct copy of the foregoing document, Entry of Appearance, was served on the following parties:

john.snyder2@usdoj.gov, Lead Attorney

   /s/   Toby N. Steinberger
Assistant Attorney General
Attorney for State of Alaska