AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF ALASKA _____

UNITED STATES OF AMERICA,
Petitioner

v.

STATE OF ALASKA, DEPARTMENT OF LABOR - UI SUPPORT,
Respondent.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05-cv-241-JWS

TO: (Name and address of defendant)

David W. Marquez
Attorney General
Box 110300
Juneau, AK 99811-0300

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy M. Burgess
c/o Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Ida Romack
CLERK

(BY) DEPUTY CLERK

DATE   JAN 1 8 2006

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 01-20-2006 |
| NAME OF SERVER *(PRINT)* K. Joy McCulloch | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other *(specify)* Served by certified mail, return receipt requested. Receipt and signature for delivery are attached

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     01-23-2006
            Date

*signature:* K Joy McCulloch
Signature of Server
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
*Address of Server*

(1) As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

Z 262 264 245

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

David W. Marquez
Attorney General
Box 110300
Juneau, AK 99811-0300

| Certified Fee | 1.11 2.40 |
|---|---|
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.85 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 5.36 |
| Postmark or Date | 1/18/06 |

PS Form 3800, April 1995

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David W. Marquez
Attorney General
Box 110300
Juneau, AK 99811-0300

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  JAN 2 0 2006   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
State of Alaska
Department of Administration
Central M[...]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number (Transfer from service label)
Z 262 264 245

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509