AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
Petitioner

v.

STATE OF ALASKA, DEPARTMENT OF
LABOR - UI SUPPORT,
Respondent.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:05-cv-241-JWS

TO: (Name and address of defendant)

Nancy Gordon
Deputy Attorney General - Civil Division
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy M. Burgess
c/o Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Ida Romack
CLERK

*[signature]*
(BY) DEPUTY CLERK

JAN 1 8 2006
DATE

This form was electronically produced by Elite Federal Forms, Inc.

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 01-19-2006 |
| NAME OF SERVER (PRINT)<br>K. Joy McCulloch | TITLE<br>Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) Served by certified mail, return receipt requested. Receipt and signature for delivery are attached

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on      01-23-2006
          Date

*Signature of Server* K Joy McCulloch
222 West 7th Avenue, #9, Room 253
Anchorage, AK  99513-7567
*Address of Server*

(1)   As to who may serve a summons see Rule 4 the Federal Rules of Civil Procedure.

Z 262 264 246

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

Nancy Gordon
Dep Atty General - Civil Division
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501-1994

| | | |
|---|---|---|
| Certified Fee | | 1.11 |
| Special Delivery Fee | | 2.40 |
| Restricted Delivery Fee | | |
| Return Receipt Showing to Whom & Date Delivered | | 1.85 |
| Return Receipt Showing to Whom, Date, & Addressee's Address | | |
| TOTAL Postage & Fees | $ | 5.36 |
| Postmark or Date | | 1/18/06 |

PS Form 3800, April 1995

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee<br>X _____<br>B. Received by (Printed Name)  C. Date of Delivery<br>Courtnie Dosing   1-19 |
| 1. Article Addressed to:<br><br>Nancy Gordon<br>Dep Atty General - Civil Division<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  Z 262 264 246 | |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

*(stamp: 2006 JAN 20 AM 10:38 RECEIVED US ATTORNEY OFFICE)*