IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0241CV (JWS) |
| Petitioner, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER TO SHOW CAUSE |
| | ) |
| STATE OF ALASKA, DEPARTMENT OF LABOR- UI SUPPORT, | ) |
| | ) |
| Respondent. | ) |
| | ) |

Upon the petition and supporting memorandum of the United States and the Declaration of Revenue Officer John Williamson, including the exhibits attached thereto, it is hereby

ORDERED that the Respondent, the State of Alaska, appear before United States District Judge **Sedwick**, in Courtroom **3** in the United States District Courthouse in Anchorage, Alaska on the **10th** day of **February**, 200**6**, at

__8:00__ a.m./p.m., to show cause why it should not be compelled to obey the Internal Revenue Service summons served upon it. Counsel for the United States, being located in Washington, D.C., may appear telephonically.

It is further ORDERED that:

1. A copy of this Order, together with the petition and its exhibits, shall be served upon the respondent in accordance with Fed. R. Civ. P. 4 within 21 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible. Pursuant to Fed. R. Civ. P. 4.1, the Court hereby appoints the group manager of Revenue Officer John Williamson, and all federal employees designated by that group manager, to serve process in this case.

3. Proof of any service done pursuant to paragraph 2, above, shall be filed with the Clerk as soon as practicable.

4. Since the file in this case reflects a prima facie showing that the investigations are being conducted for legitimate purposes, that the inquiries may be relevant to those purposes, that the information sought is not already within the Internal Revenue Service's possession, and that the administrative steps required by the Internal Revenue Code have been followed, United States v. Powell, 379 U.S. 48, 57-58 (1964), the burden of coming forward has shifted to respondent to oppose enforcement of the summons.

5. If the respondent has any defense to present or

opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States in Washington D.C., at least 7 days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 5 court days prior to the date set for the show cause hearing.

6.  At the show cause hearing, the Court will consider all issues raised by the respondent. Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

7.  Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States in Washington, D.C., at least 7 days prior to the date set for the show cause hearing, that the respondent has no objection to enforcement of the summons. The respondent's appearance at the hearing will then be excused.

The respondent is hereby notified that a failure to comply with this Order may subject it to sanctions for contempt of court.

//
//

The Clerk shall forward copies of this Order to counsel for the United States, at the address indicated on its pleadings.

Dated this 23rd day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE