DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)
(907) 258-4978 (Fax)

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>STATE OF ALASKA, DEPARTMENT )<br>OF LABOR – UI SUPPORT, )<br>)<br>Respondent. )<br>_____) | Civil No. A05-241 CV (JWS) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE
STATE OF ALASKA TO OPPOSE THE UNITED STATES OF
AMERICA'S PETITION TO ENFORCE SUMMONS
AND
MOTION TO RESCHEDULE HEARING**

Come Now, the State of Alaska, Department of Labor and Workforce

Development, Division of Employment Security, by and through the Office of the

*USA v. SOA Dept. of Labor – UI Support*                                                         Page 1 of 3
A05-241 CV (JWS)
Unopposed Motion for Ext - SOA to Oppose Petition to
Enforce Summons & Motion - Reschedule Hearing

Attorney General, hereby moves, pursuant to D.Ak.LR 7.1, for an extension of time to oppose the Petition to Enforce Summons filed by the United States of America and to reschedule the hearing which is currently set for Friday, February 10, 2006.

The State's opposition is currently due on Friday, February 3, 2006. This request is necessary since the undersigned will not be able to complete the State's opposition by February 3, 2006 and requests that the State be allowed until Friday, February 17, 2006 to oppose the petition. The State of Alaska needs the additional time due to the undersigned's workload.

On January 31, 2006, the undersigned spoke with John Snyder, III, of the U.S. Department of Justice and he informed me that he does not oppose this motion. He stated that he would reply to the State of Alaska's opposition no later than February 27, 2006.

If the Court grants the motion for extension of time, the Court will need to schedule a new hearing date since briefing will not be complete by February 10, 2006.

DATED:  1/31/2006

  /s/    Toby N. Steinberger
DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)

*USA v. SOA Dept. of Labor – UI Support*　　　　　　　　　　　　　　　　　　　　　Page 2 of 3
A05-241 CV (JWS)
Unopposed Motion for Ext - SOA to Oppose Petition to
Enforce Summons & Motion - Reschedule Hearing

(907) 258-4978 (Fax)
**LSA_ECF@law.state.ak.us**
Alaska Bar No. 8502011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2006, a true and correct copy of the foregoing document, Unopposed Motion for Extension of Time for the State of Alaska to Oppose the United States of America's Petition and Motion to Reschedule Hearing, was served on the following parties:

-john.snyder2@usdoj.gov, Lead Attorney

   /s/   Toby N. Steinberger
Assistant Attorney General
Attorney for State of Alaska

*USA v. SOA Dept. of Labor – UI Support*
A05-241 CV (JWS)
Unopposed Motion for Ext - SOA to Oppose Petition to
Enforce Summons & Motion - Reschedule Hearing

Page 3 of 3