DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)
(907) 258-4978 (Fax)

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                    )<br>        Petitioner,    )<br>                                    )<br>   v.                         )<br>                                    )<br>STATE OF ALASKA, DEPARTMENT )<br>OF LABOR – UI SUPPORT,    )<br>                                  )<br>       Respondent.   )<br>_____) | Civil No. A05-241 CV (JWS) |

**ERRATA TO SUBMIT PROPOSED ORDER TO PREVIOUSLY FILED
UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE
STATE OF ALASKA TO OPPOSE THE UNITED STATES OF
AMERICA'S PETITION TO ENFORCE SUMMONS
AND MOTION TO RESCHEDULE HEARING**

The State of Alaska, Department of Labor and Workforce Development, Division of Employment Security, by and through the Office of the Attorney General,

*USA v. SOA Dept. of Labor – UI Support*      Page 1 of 3
A05-241 CV (JWS)
Errata to Submit Proposed Order to Unopposed Motion for Ext - SOA to
Oppose Petition to Enforce Summons & Motion - Reschedule Hearing

hereby files this errata to enter the attached proposed order to accompany The Unopposed Motion for Extension of Time for the State of Alaska to Oppose The United States Of America's Petition to Enforce Summons and Motion to Reschedule Hearing that was filed on January 31, 2006.  The undersigned e-mailed the order as a word document to Judge Sedwick 's chambers and to opposing counsel on January 31, 2006, but failed to also attach the proposed order as a pdf document to the actual motion.

>DATED:  2/1/2006
>
>  /s/    Toby N. Steinberger
> DAVID W. MÁRQUEZ
> ATTORNEY GENERAL
> Toby N. Steinberger
> Assistant Attorney General
> Attorney General's Office
> 1031 W. 4th Avenue, Suite 200
> Anchorage, Alaska 99501
> (907) 269-5178 (Phone)
> (907) 258-4978 (Fax)
> **LSA_ECF@law.state.ak.us**
> Alaska Bar No. 8502011

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2006, true and correct copies of the foregoing documents, Errata to Submit Proposed Order to Previously Filed Unopposed Motion for Extension of Time for the State of Alaska to Oppose the United States of America's Petition and Motion to Reschedule Hearing, and the Proposed Order, were served on the following parties:

*USA v. SOA Dept. of Labor – UI Support*  
A05-241 CV (JWS)  
Errata to Submit Proposed Order to Unopposed Motion for Ext - SOA to Oppose Petition to Enforce Summons & Motion - Reschedule Hearing

Page 2 of 3

-john.snyder2@usdoj.gov, Lead Attorney

    /s/  Toby N. Steinberger
Assistant Attorney General
Attorney for State of Alaska

*USA v. SOA Dept. of Labor – UI Support*  
A05-241 CV (JWS)  
Errata to Submit Proposed Order to Unopposed Motion for Ext - SOA to Oppose Petition to Enforce Summons & Motion - Reschedule Hearing

Page 3 of 3