DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)
(907) 258-4978 (Fax)

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF LABOR – UI SUPPORT, ) <br> ) <br> Respondent. ) <br> _____) | Civil No. A05-241 CV (JWS) |

**ORDER**

Having reviewed the State of Alaska, Department of Labor and Workforce Development, Division of Employment Security's unopposed motion for extension of time, it is hereby ordered that:

1. The State of Alaska, Department of Labor and Workforce Development, Division of Employment Security has until Friday, February 17, 2006 to oppose the Petition to Enforce Summon.

2. The United States of America has until Monday, February 27, 2006 to reply to the State of Alaska's opposition to the petition

3. The hearing on the petition is now scheduled for the _____ day of _____at ____, 2006 a.m./p.m. in Courtroom _____. Counsel for the United States, being located in Washington, D.C., may appear telephonically.

Dated: _____.

_____
Chief Judge John W. Sedwick
UNITED STATES DISTRICT JUDGE