DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Toby N. Steinberger
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501
(907) 269-5178 (Phone)
(907) 258-4978 (Fax)

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA   )<br>                                                    )<br>             Petitioner,           )<br>                                                    )<br>     v.                                         )<br>                                                    )<br>STATE OF ALASKA, DEPARTMENT )<br>OF LABOR – UI SUPPORT,        )<br>                                                    )<br>             Respondent.          )<br>_____) | Civil No. A05-241 CV (JWS) |

**ORDER**

Having reviewed the State of Alaska, Department of Labor and Workforce Development, Division of Employment Security's unopposed motion for extension of time, it is hereby ordered that:

1. The State of Alaska, Department of Labor and Workforce Development, Division of Employment Security has until Friday, **February 17, 2006**, to oppose the Petition to Enforce Summon.

2. The United States of America has until Monday, **February 27, 2006**, to reply to the State of Alaska's opposition to the petition

3. The hearing on the petition is now scheduled for the **2nd day of March, 2006**, at **8:30 a.m.** in Courtroom 3. Counsel for the United States, being located in Washington, D.C., may appear telephonically.

Dated: February 2, 2006

                                                    /s/
                                  Chief Judge John W. Sedwick
                                  UNITED STATES DISTRICT JUDGE