TIMOTHY M. BURGESS
United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Civil No. A05-0241 CV (JWS) |
| Petitioner, | ) |
| | ) |
| v. | ) STIPULATION |
| | ) |
| STATE OF ALASKA, DEPARTMENT OF LABOR- UI SUPPORT, | ) |
| | ) |
| Respondent. | ) |

The United States of America and the State of Alaska, by and through their undersigned counsel, hereby stipulate as follows:

1.  The parties have resolved this action.  Once the State has provided the materials requested in the summons at issue to the United States, the parties will file a stipulation for dismissal of this action with prejudice.

2.  The parties request that the hearing set for March 2, 2006, along with the related briefing deadlines set in the Court's order dated February 2, 2006, be vacated.

3.  The parties request a further thirty (30) days, to and including March 15, 2006, to submit the stipulation for dismissal.  If the matter has not been resolved by that time or other, unforeseen difficulties arise, the parties will  submit a further status report to the Court.

                Respectfully submitted,

                DEBORAH M. SMITH
                Acting United States Attorney

Dated: February 13, 2006      /s/ John B. Snyder, III
                JOHN B. SNYDER, III
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 683
                Ben Franklin Station
                Washington, D.C.  20044
                Telephone: (202) 307-6548
                Attorney for the United States
                john.snyder2@usdoj.gov
                Western.Taxcivil@usdoj.gov

Dated: February 13, 2006      /s/ Toby N. Steinberger
                DAVID W. MÁRQUEZ
                ATTORNEY GENERAL
                Toby N. Steinberger
                Assistant Attorney General
                Office of the Attorney General
                1031 W. 4th Avenue, Suite 200
                Anchorage, Alaska 99501
                Telephone: (907) 269-5178
                Attorney for the State
                LSA_ECF@law.state.ak.us
                Alaska Bar No. 8502011