DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
  United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )Civil No. A05-0241 CV (JWS)<br>           Petitioner,             )<br>                                   )<br>      v.                           )STIPULATION FOR ENFORCEMENT OF<br>                                   )SUMMONS AND DISMISSAL<br>STATE OF ALASKA, DEPARTMENT        )<br>OF LABOR- UI SUPPORT,              )<br>                                   )<br>           Respondent.              )<br>                                   )<br>_____) | |

     The United States of America and the State of Alaska, by and through their undersigned counsel, hereby stipulate as follows:

     1.  The summons will be enforced, and the State will comply with its terms.

     2.  This action will be dismissed with prejudice.  Each party will bear its own costs, including any possible attorney's

fees or other expenses of this litigation.

                                     Respectfully submitted,

                                     DEBORAH M. SMITH
                                     Acting United States Attorney

Dated: February 15, 2006        /s/ John B. Snyder, III
                                     JOHN B. SNYDER, III
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice
                                     Post Office Box 683
                                     Ben Franklin Station
                                     Washington, D.C.  20044
                                     Telephone: (202) 307-6548
                                     Attorney for the United States
                                     john.snyder2@usdoj.gov
                                     Western.Taxcivil@usdoj.gov

Dated: February 15, 2006        /s/ Toby N. Steinberger
                                     DAVID W. MÁRQUEZ
                                     ATTORNEY GENERAL
                                     Toby N. Steinberger
                                     Assistant Attorney General
                                     Office of the Attorney General
                                     1031 W. 4th Avenue, Suite 200
                                     Anchorage, Alaska 99501
                                     Telephone: (907) 269-5178
                                     Attorney for the State
                                     LSA_ECF@law.state.ak.us
                                     Alaska Bar No. 8502011