IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STATE OF ALASKA, DEPARTMENT ) <br> OF LABOR – UI SUPPORT, ) <br> ) <br> Respondent. ) <br> _____ ) | Civil No. A05-0241 CV (JWS) <br><br> [PROPOSED] ORDER GRANTING STIPULATION FOR ENFORCEMENT OF SUMMONS AND DISMISSAL |

Upon the stipulation of the parties, it is hereby

ORDERED that the Respondent will comply with the Internal Revenue Service summons at issue in this case.

It is further ORDERED that this case is dismissed with prejudice, with each side to bear its own costs, including attorney's fees.

It is further ORDERED that the hearing set for March 2, 2006, at 8:30 a.m., as well as all briefing deadlines in this matter, are vacated.

Dated this ____ day of _____, 200____.

_____
UNITED STATES DISTRICT JUDGE